NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REOMAN R. C. COLLINS, | ) | No. C 11-00442 JF (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO |
| vs. | ) ) | FILE DISPOSITIVE MOTION |
| JOSHUA SHAVES, | ) ) | |
| Defendant. | ) ) | |
| | ) | (Docket No. 12) |

Plaintiff, a prisoner at the Santa Rita Jail in Dublin, California, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against jail officials for unconstitutional acts. Finding the complaint stated a cognizable claim, the Court ordered service of the complaint on Defendant on May 2, 2011. (Docket No. 4.)

Defendant has filed a motion for a second extension of time to file a dispositive motion. (Docket No. 12.) Good cause appearing, the motion is GRANTED. Defendant shall file a motion for summary judgment or other dispositive motion **no later than September 23, 2011**.

Plaintiff's opposition to the dispositive shall be filed with the Court and served on Defendant no later than **thirty (30) days** from the date Defendant's motion is filed.

1  Defendant shall file a reply brief no later than **fifteen (15) days** after Plaintiff's
2  opposition is filed.
3      All other provisions of the Court's Order of Service (Docket No. 4) shall remain in
4  effect.
5      This order terminates Docket No. 12.
6      IT IS SO ORDERED.
7  DATED:   JDJFFF
8                                                 JEREMY FOGEL
                                               United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REOMAN COLLINS,

        Plaintiff,

  v.

JOSHUA SHAVES, et al.,

        Defendants.

Case Number: CV11-00442 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reoman R.C. Collins AXA273
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

Dated: _____

Richard W. Wieking, Clerk